WELLS FARGO, as Trustee for CARRINGTON MORTGAGE LOAN TRUST SERIES 2006-NC4, Appellant, v STEVEN E. TYSON et al., Respondent, et al., Defendants. WELLS FARGO BANK, N.A., Nonparty Appellant. [917 NYS2d 914]—

Wells Fargo Bank, N.A., was not a party to the action resulting in the judgment from which it appeals. Moreover, it had no notice of the action. Accordingly, the Supreme Court was not

authorized to issue a judgment against it (*see Harris v Manhattan & Bronx Surface Tr. Operating Auth.*, 222 AD2d 488 [1995]; *Nowinski v City of New York*, 189 AD2d 674, 675 [1993]; *Washington v Brookdale Hosp.*, 126 AD2d 719, 720 [1987]; *Matter of Shleifman [Steinberg]*, 79 AD2d 587 [1980]).

In light of our determination, we need not address Wells Fargo Bank, N.A.'s remaining contentions. Rivera, J.P., Balkin, Leventhal and Hall, JJ., concur.